# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

FILED
JOHN P. HEHMAN
CLERK

2013 NOV 21 PM 2: 48

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV AT CINTI

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
Express Mail parcel label number EG553787455US, postmarked )
November 20, 2013, weighing 10 ounces, addressed to Valued )
Customer, 6264 Collegevue Place, Cincinnati, OH 45224 with a )
return address of OFarrel Music, 608 OFarrell St, San Francisco, CA )
94109 )

Case No. 1:13MJ-714

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Express Mail parcel label number EG553787455US

located in the __Southern__ District of __Ohio__, there is now concealed *(identify the person or describe the property to be seized)*:

Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of: Title 21

| *Code Section* | *Offense Description* |
|---|---|
| 841 (a) (1), 843 (b) & 846 | Conspiracy to distribute a controlled substance |
| | Possession with intent to distribute a controlled substance |

The application is based on these facts:

See attached affidavit of U.S. Postal Inspector O'Neill

☒ Continued on the attached sheet.

☐ Delayed notice _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Karen L. O'Neill, U. S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/21/13

*Judge's signature*

City and state: Cincinnati, Ohio

Honorable Stephanie K. Bowman
United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI, OHIO

STATE OF OHIO )
) SS
COUNTY OF HAMILTON )

AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, KAREN O'NEILL, HAVING BEEN DULY SWORN, DEPOSE AND STATE: I am a United States Postal Inspector, having been so employed since March 2003. I am presently assigned to the Cincinnati Field Office, Pittsburgh Division of the Postal Inspection Service with investigative responsibility for Southwest Ohio, Northern Kentucky, and Southeast Indiana. Part of my investigative responsibility involves the use of the United States Mail in the transporting of narcotics and other dangerous controlled substances and financial proceeds relating thereto.

Your affiant has become aware that drug traffickers frequently use Express Mail, a business-oriented overnight service offered by the United States Postal Service, to transport narcotics and other dangerous controlled substances, and their proceeds or instrumentalities from the sale of the controlled substances. Your affiant has also become aware that drug traffickers frequently use Priority Mail with delivery confirmation, a 2-3 day service offered by the United States Postal Service. As a result of investigations and successful controlled substance prosecutions where the Mail was used, your affiant has learned of certain characteristics indicative of other Mail items previously identified as containing narcotics or other dangerous controlled substances, their proceeds or instrumentalities from the sale of the controlled substances. Some of these characteristics include, but are not necessarily limited to or used on every occasion, the mailer using different post offices on the same day to send parcels, false or non-existent return address, addressee is not known to receive mail at the listed delivery address, the package is heavily taped, the package is mailed from a known drug source location, labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanating from the package, and the listed address is located in an area of known or suspected drug activity.

On November 21, 2013, your affiant was contacted by a supervisor at Groesbeck Post Office, Cincinnati, Ohio regarding Express Mail parcel label number EG553787455US addressed to Valued Customer, 6264 Collegevue Place, Cincinnati, OH 45224 with a return address of OFarrel Music, 608 OFarrell St, San Francisco, CA 94109. The parcel is coming from northern California, a known drug source area.

Your affiant knows of at least four Express Mail parcels that have been delivered to Valued Customer, 6262 Collegevue Place and 6264 Collegevue Place, Cincinnati, Ohio 45224 since October 12, 2013. Those parcels were addressed from 608 OFarrelll St, San Francisco, CA 94109 using various names and business names.

Your affiant knows that the mail carrier for 6264 Collegevue Place, Cincinnati, Ohio 45224 could not provide a name for the person or persons that receive mail at the address.

On November 21, 2013, your affiant obtained Express Mail parcel label number EG553787455US. The handwriting on the Express Mail parcel label is pictorially similar to the other Express Mail parcel labels.

On November 21, 2013, your affiant did a check in Accurint on the return address 608 OFarrelll St, San Francisco, CA 94109. Accurint is a law enforcement database that is used as a tool for investigators to identify person/business and address information. According to Accurint, "OFarrel Music" is not associated with 608 OFarrelll St, San Francisco, CA 94109.

On November 21, 2013, the Cincinnati Police Department Narcotics Unit was contacted to arrange for a narcotic canine to check the parcel. Officer Phil Stoup responded to the Cincinnati Postal Inspection Service office, Cincinnati, Ohio where the parcel was placed in a controlled area and presented to narcotic canine, "Max". "Max" alerted positively to the presence or odor of a controlled substance or their proceeds or instrumentalities upon Express Mail parcel label number EG553787455US addressed to Valued Customer, 6264 Collegevue Place, Cincinnati, OH 45224. Attached herewith, and made part hereof by reference, is a photocopy of the narcotic canine handler's record of examination.

2

The parcel is further identified as follows: a U.S. Postal Service Ready Post Bubble Mailer approximately 10" x 14" in size, bearing Express Mail parcel label number EG553787455US, weighing 10 ounces, postmarked November 20, 2013; see address information below:

**Sender:** OFarrel Music
608 OFarrell St
San Francisco, CA 94109

**Addressee:** Valued Customer
6264 Collegevue Place
Cincinnati, OH 45224

This information, along with the positive alert of narcotic canine "Max" is indicative of a drug package or its proceeds.

Based on the information contained herein, your affiant believes that contained in Express Mail parcel label number EG553787455US is a quantity of a narcotic or other dangerous controlled substance, their proceeds or instrumentalities.

Therefore, a search warrant to open the parcel is requested.

Further, your affiant sayeth naught.

_[signature]_

Karen O'Neill
Postal Inspector

Subscribed and sworn to and before me this 21 day of Nov., 2013.

_[signature]_

Honorable Stephanie K. Bowman
United States Magistrate Judge

3



United States Postal Inspection Service
Pittsburgh Division

## OFFICER AFFIDAVIT

I, Officer __P. Stup__, am and have been employed by the __Cincinnati Police Dept__ since __1993__. Among other duties, I am currently the assigned handler of narcotics detection canine "__Max__" which is trained and certified in the detection of the presence or odor of narcotics described as follows: __Marijuana, Cocaine, Heroin, and Methamphetamine__.

On __11-21-13__, at the request of Postal Inspector K. O'Neill, I responded to __Cincy Postal Insp office__, where "__Max__" did alert to and indicate upon: [describe item]

__EM parcel # EG553787455US addressed to Valued Customer 6264 Collegevue Place Cincinnati OH 45224 with a return address of O'Farvel Music 608 O'Farrell St San Francisco CA 94109__

Which, based upon my training and experience and that of "__Max__", indicates there is contained within or upon the above described item, the presence or odor of a narcotic or other controlled substance.

__[signature]__  11/21/13
(Signature and Date)

__[signature]__  11-21-13
(Signature and Date)

Cincinnati Field Office
895 Central Avenue, Suite 400
Cincinnati, OH 45202-5748
Telephone: 877-876-2455
FAX: 513-684-8009